```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J.L.,

                      Petitioner,

-against-

THOMAS DECKER, et al.,

                      Respondents.

1:22-cv-2853-MKV

<u>ORDER</u>

---

MARY KAY VYSKOCIL, United States District Judge:

    Petitioner's motion to proceed anonymously in this action using his initials only is GRANTED. The Parties' motions to file certain documents under seal is GRANTED.

Specifically, the Court orders that the following documents be sealed:

- Exhibit G to the Petition for a Writ of Habeas Corpus, filed separately at ECF No. 7.

- Declaration of Kaitlin Menard in Opposition to the Petition for a Writ of Habeas Corpus, filed at ECF No. 20.

- Exhibit 1 to the Government's Return in Opposition to the Petition for a Writ of Habeas Corpus, filed at ECF Nos. 15-1 and 18-1.

    The Clerk of Court respectfully is requested to file the aforementioned documents under seal and close the Motions at ECF Nos. 2, 6, 19, 23.

**SO ORDERED.**

**Date: October 24, 2022**
**New York, NY**

                                                      _____
                                                      **MARY KAY VYSKOCIL**
                                                      **United States District Judge**